IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**February 14, 2007**

Charles R. Fulbruge III
Clerk

No. 05-10137
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CELESTINA RODRIGUEZ-NARANJO,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:04-CR-51-2
--------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    The attorney appointed to represent Celestina Rodriguez-Naranjo has requested leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Rodriguez-Naranjo has not filed a response to counsel's motion. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

    Rodriguez-Naranjo's motion for the appointment of a substitute attorney is DENIED.

----

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.